# UNITED STATES DISTRICT COURT
## DISTRICT OF MINNESOTA

Tile By Design

Case No. Civil 99-1520RHK/JMM

v.

**JUDGMENT IN A CIVIL CASE**

Ceasar Ceramics USA, Inc.

---

( ) **Jury Verdict.** This action came before the Court for a trial by jury. The issues have been tried and the jury has rendered its verdict.

(X) **Decision by Court.** This action came to trial or hearing before the Court. The issues have been tried or heard and a decision has been rendered.

**IT IS ORDERED AND ADJUDGED** that plaintiff shall have judgment against defendant in the amount of $69,830.93 together with its costs and disbursements and the counterclaim is **DISMISSED WITH PREJUDICE**.

DATE: February 5, 2001

FRANCIS E. DOSAL, CLERK

______________________________

Denise La Fond, Deputy Clerk