**UNITED STATES DISTRICT COURT**
**DISTRICT OF MINNESOTA**

---

APT MINNEAPOLIS, INC., Civil No. 00-2500 (JRT/FLN)

Plaintiff,

v. **ORDER**

STILLWATER TOWNSHIP,

Defendant.

---

Gary A. Van Cleve, LARKIN HOFFMAN DALY & LINDGREN, 7900 Xerxes Avenue South, Suite 1500, Bloomington, MN 55431, for plaintiff.

James M. Strommen, KENNEDY & GRAVEN, 200 South Sixth Street, Ste 470, Minneapolis, MN 55402, for defendant.

This matter is before the Court on plaintiff's request for an extension of the page limit in connection with their reply brief. Plaintiff requests an eight-page extension. The Court finds that plaintiff has shown good cause for an extension.

Based upon the plaintiff's request, and upon all the files, records, and proceedings herein, **IT IS HEREBY ORDERED** that plaintiff's request for an eight-page extension in connection with their reply brief is **GRANTED.**

DATED: March 2, 2001
at Minneapolis, Minnesota.

John R. Tunheim
JOHN R. TUNHEIM
United States District Judge

FILED MAR 2 2001
FRANCIS E. DOSAL, CLERK
JUDGMENT ENTD ____
DEPUTY CLERK ____