**UNITED STATES DISTRICT COURT**
**DISTRICT OF MINNESOTA**

---

APT MINNEAPOLIS, INC.,

Plaintiff,

Civil No. 00-2500 (JRT/FLN)

v.

STILLWATER TOWNSHIP,

Defendant.

**ORDER GRANTING EXTENSION OF TIME**

---

Gary A. Van Cleve, James M. Susag, LARKIN, HOFFMAN, DALY & LINDGREN, Ltd., 1500 Wells Fargo Plaza, 7900 Xerxes Avenue South, Bloomington, MN 55431-1194, for plaintiff.

James M. Strommen, Robert J.V. Vose, KENNEDY & GRAVEN, 470 Pillsbury Center, 200 South Sixth Street, Minneapolis, MN, 55402, for defendant.

This matter is before the Court on Stillwater Township's motion for a partial stay of the Court's June 22, 2001 Order requiring the Township to issue a Conditional Use Permit ("CUP") within twenty (20) days of its order. The Township requests that this provision of the Order be stayed until the next Township board meeting on July 26, 2001.

Upon review and consideration of the parties' submissions, the Court grants the Township an extension of time to comply with the Court's order until **July 26, 2001.** The Court stresses that no further extensions will be granted absent a showing of compelling

FILED JUL 12 2001
RICHARD D. SLETTEN, CLE
JUDGMENT ENTD______
DEPUTY CLERK______

circumstances. It is not intended that this brief extension should delay consideration of the plaintiff's application to Washington County for a Conditional Use Permit ("CUP").

DATED: 7/12/01
at Minneapolis, Minnesota.

John R. Tunheim
JOHN R. TUNHEIM
United States District Judge

# Please forward this announcement to the recipient of this fax.

# The United States District Court, District of Minnesota announces two new programs!

**Expedited Trials** –The Court will begin offering parties an opportunity to participate in a program called Expedited Trials beginning July 2, 2001. This voluntary program offers an alternative to traditional case processing by allowing for a shorter time period from filing to disposition. Discovery and motion practice will be sharply limited as a means to reduce time and expense. Procedural rules are on the Court's website at www.mnd.uscourts.gov. If you would like additional information about the Expedited Trials Program, contact one of our clerk's offices at the phone numbers listed below.

**Courtroom Technology – Phase II** – In June 2001, the District of Minnesota began upgrading, installing, and enhancing the technology available to counsel in the courtroom. The project will continue through early fall and will ultimately upgrade all Article III Judge courtrooms in St. Paul and Minneapolis. To assist counsel with this transition, the District Court is offering a hands-on class, worth one hour of CLE credit at both courthouses. Classes will be held over the lunch hour. Course registration can be done by visiting www.mnd.uscourts.gov or by calling Kristine at 612-664-5125.

**For additional information on either program please visit our website at www.mnd.uscourts.gov.**

700 Federal Building
316 North Robert Street
St. Paul, MN 55101
(651) 848-1100

202 U.S. Courthouse
300 South Fourth Street
Minneapolis, MN 55415
(612) 664-5000

417 U. S. Courthouse
515 West First Street
Duluth, MN 55802
(218) 529-3500