**UNITED STATES DISTRICT COURT**

**DISTRICT OF MINNESOTA**

---

APT MINNEAPOLIS, INC., Civil No. 00-2500 (JRT/FLN)

Plaintiff,

v.

STILLWATER TOWNSHIP,

Defendant.

**ORDER ON DEFENDANT'S MOTION FOR RECONSIDERATION AND TO EXTEND THE APPEAL DEADLINE**

---

Gary A. Van Cleve and James M. Susag, LARKIN, HOFFMAN, DALY & LINDGREN, Ltd., 1500 Wells Fargo Plaza, 7900 Xerxes Avenue South, Bloomington, MN 55431-1194, for plaintiff.

James M. Strommen and Robert J. V. Vose, KENNEDY & GRAVEN, 470 Pillsbury Center, 200 South Sixth Street, Minneapolis, MN, 55402, for defendant.

This matter came before the Court upon written submission only pursuant to defendant Stillwater Township's motions for reconsideration and to extend the appeal deadline under Fed. R. Civ. App. P. 4(a)(5).

Based upon all the submissions of the parties and the entire file and proceedings herein, **IT IS HEREBY ORDERED** that:

1. Defendant Township of Stillwater's motion for reconsideration [Docket No. 53] is **STRICKEN**;

FILED AUG 27 2001
RICHARD D. SLETTEN, CLERK
JUDGMENT ENTD. ________
DEPUTY CLERK ________

2. Defendant Township of Stillwater's motion to extend the appeal deadline under Fed. R. Civ. App. P. 4(a)(5) [Docket No. 53] is **DENIED**;

3. Plaintiff APT shall file and serve a second supplemental affidavit within ten (10) days of this Order setting forth the attorney's fees and costs it has expended in the further prosecution of this lawsuit from and after the filing of its original and supplemental affidavits of fees and costs.

DATED: August 27, 2001
at Minneapolis, Minnesota.

John R. Tunheim

JOHN R. TUNHEIM
United States District Judge

**Please forward this announcement to the recipient of this fax.**

---

# The United States District Court, District of Minnesota announces two new programs!

**Expedited Trials** –The Court will begin offering parties an opportunity to participate in a program called Expedited Trials beginning July 2, 2001. This voluntary program offers an alternative to traditional case processing by allowing for a shorter time period from filing to disposition. Discovery and motion practice will be sharply limited as a means to reduce time and expense. Procedural rules are on the Court's website at www.mnd.uscourts.gov. If you would like additional information about the Expedited Trials Program, contact one of our clerk's offices at the phone numbers listed below.

**Courtroom Technology – Phase II** – In June 2001, the District of Minnesota began upgrading, installing, and enhancing the technology available to counsel in the courtroom. The project will continue through early fall and will ultimately upgrade all Article III Judge courtrooms in St. Paul and Minneapolis. To assist counsel with this transition, the District Court is offering a hands-on class, worth one hour of CLE credit at both courthouses. Classes will be held over the lunch hour. Course registration can be done by visiting www.mnd.uscourts.gov or by calling Kristine at 612-664-5125.

**For additional information on either program please visit our website at www.mnd.uscourts.gov.**

---

700 Federal Building
316 North Robert Street
St. Paul, MN 55101
(651) 848-1100

202 U.S. Courthouse
300 South Fourth Street
Minneapolis, MN 55415
(612) 664-5000

417 U. S. Courthouse
515 West First Street
Duluth, MN 55802
(218) 529-3500